**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

MEMORY INTEGRITY LLC

_____
        **Plaintiff(s),**

v.

INTEL CORPORATION

_____
        **Defendant(s).**

**Civil Case No.** 3:15-cv-00262-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney ___Bryan Atkinson___ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)  PERSONAL DATA:**

Name: Atkinson, Bryan
    *(Last Name)     (First Name)     (MI)     (Suffix)*

Firm or Business Affiliation: Farney Daniels PC

Mailing Address: 800 S. Austin Avenue, Suite 200

City: Georgetown     State: TX     Zip: 78626

Phone Number: 512-582-2828     Fax Number: 512-582-2829

Business E-mail Address: batkinson@farneydaniels.com

**(2)   BAR ADMISSIONS INFORMATION:**

    **(a)**   State bar admission(s), date(s) of admission, and bar ID number(s):
Texas, 11/6/2002, Texas Bar No. 24036157

    **(b)**   Other federal court admission(s), date(s) of admission, and bar ID number(s):
Eastern District of Texas, 7/18/2006, no bar ID number

**(3)   CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**   ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**   ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4)   CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)   REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Memory Integrity LLC

**(6)**     **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this  9th  day of  March , 2015

*(Signature of Pro Hac Counsel)*

Bryan Atkinson
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this  13  day of  March , 2015

/s/ John Mansfield
*(Signature of Local Counsel)*

Name: Mansfield , John
    *(Last Name)*      *(First Name)*      *(MI)*      *(Suffix)*

Oregon State Bar Number: 055390
Firm or Business Affiliation: Mansfield Law
Mailing Address: 121 SW Morrison Avenue, Suite 400
City: Portland    State: OR    Zip: 97204
Phone Number: 971-271-8615    Business E-mail Address: john@mansfieldlaw.net

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge