**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

MEMORY INTEGRITY LLC

_____
        **Plaintiff(s),**

**v.**

INTEL CORPORATION

_____
        **Defendant(s).**

Civil Case No. 3:15-cv-00262-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Jonathan D. Baker  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)  PERSONAL DATA:**

Name:  Baker             Jonathan            D.
      *(Last Name)*   *(First Name)*   *(MI)*   *(Suffix)*

Firm or Business Affiliation:  Farney Daniels PC

Mailing Address:  411 Borel Avenue, Suite 350

City: San Mateo     State: CA     Zip: 94402

Phone Number: 424-268-5200     Fax Number: 424-268-5219

Business E-mail Address: jbaker@farneydaniels.com

**(2)   BAR ADMISSIONS INFORMATION:**

    **(a)**   State bar admission(s), date(s) of admission, and bar ID number(s):
        California, 6/3/1998, CA Bar No. 196062

    **(b)**   Other federal court admission(s), date(s) of admission, and bar ID number(s):
        Please see Attachment A.

**(3)   CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**   ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**   ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4)   CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)   REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Memory Integrity LLC

(6)    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __9th__ day of __March__, __2015__

_____
(Signature of Pro Hac Counsel)

Jonathan D. Baker
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __13__ day of __March__, __2015__

/s/ John Mansfield
_____
(Signature of Local Counsel)

Name: __Mansfield__    __John__
       (Last Name)        (First Name)        (MI)        (Suffix)

Oregon State Bar Number: __055390__
Firm or Business Affiliation: __Mansfield Law__
Mailing Address: __121 SW Morrison Avenue, Suite 400__
City: __Portland__    State: __OR__    Zip: __97204__
Phone Number: __971-271-8615__    Business E-mail Address: __john@mansfieldlaw.net__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

---

## ATTACHMENT A

## APPLICATION FOR SPECIAL ADMISSION – PRO HAC VICE

## ATTORNEY: JONATHAN D. BAKER

(2) **BAR ADMISSIONS INFORMATION:**

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):

    Central District of California, 11/23/1998, no bar ID number

    Northern District of California, 12/4/1998, no bar ID number

    Eastern District of California, 7/22/2002, no bar ID number

    Southern District of California, 6/25/2003, no bar ID number