**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

MEMORY INTEGRITY LLC

     **Plaintiff(s),**

v.

INTEL CORPORATION

     **Defendant(s).**

Civil Case No. 3:15-cv-00262-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **Michael D. Saunders** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1) PERSONAL DATA:**

Name: Saunders, Michael D.
    *(Last Name)*   *(First Name)*   *(MI)*   *(Suffix)*

Firm or Business Affiliation: Farney Daniels PC
Mailing Address: 411 Borel Avenue, Suite 350
City: San Mateo   State: CA   Zip: 94402
Phone Number: 424-268-5200   Fax Number: 424-268-5219
Business E-mail Address: msaunders@farneydaniels.com

**(2)  BAR ADMISSIONS INFORMATION:**

    **(a)** State bar admission(s), date(s) of admission, and bar ID number(s):
California, 12/5/2008, CA Bar No. 259692
District of Columbia, 10/5/2009, DC Bar No. 990120

    **(b)** Other federal court admission(s), date(s) of admission, and bar ID number(s):
Northern District of California, 1/22/2009 - no bar ID number
Eastern District of Wisconsin, 8/10/2011, no bar ID number
Central District of California, 7/23/2012, no bar ID number

**(3)  CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)** ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)** ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)  CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)  REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Memory Integrity LLC

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this   9th   day of   March  ,   2015  

*Michael Saunders*
*(Signature of Pro Hac Counsel)*

Michael D. Saunders
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this   13   day of   March  ,   2015  

/s/ John Mansfield
*(Signature of Local Counsel)*

Name:  Mansfield                              John
       *(Last Name)*                          *(First Name)*         *(MI)*    *(Suffix)*

Oregon State Bar Number:  055390
Firm or Business Affiliation:  Mansfield Law
Mailing Address:  121 SW Morrison Avenue, Suite 400
City:  Portland                State:  OR         Zip:  97204
Phone Number:  971-271-8615    Business E-mail Address:  john@mansfieldlaw.net

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge