**Renée E. Rothauge**, OSB #903712
ReneeRothauge@markowitzherbold.com
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Telephone: (503) 295-3085
Fax:  (503) 323-9105

**Michael J. Summersgill** (*pro hac vice*)
**Jordan L. Hirsch** (*pro hac vice*)
**Sean K. Thompson** (*pro hac vice*)
WILMER HALE LLP
60 State Street
Boston, MA  02109
(617) 526-6000

**Grant K. Rowan** (*pro hac vice*)
WILMER HALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000

**Arthur W. Coviello** (*pro hac vice*)
WILMER HALE LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 663-6000

*Attorneys for Defendant Intel Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **MEMORY INTEGRITY, LLC**, | Case No.: 3:15-cv-00262-SI |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO REMOVE DELAWARE COUNSEL FROM THE CASE** |
| **INTEL CORPORATION,** | |
| Defendant. | |

Page 1 -   UNOPPOSED MOTION TO REMOVE DELAWARE COUNSEL FROM THE CASE

## CERTIFICATE OF COMPLIANCE WITH L.R. 7-1

Pursuant to L.R. 7-1 counsel for Intel Corporation certify that they made a good faith effort to confer with plaintiff's counsel, and plaintiff joins in this motion.

## MOTION

Pursuant to L.R. 83-8, L.R. 83-9 and this Court's inherent power to manage its docket, the parties move to remove Delaware local counsel from this case for all purposes.

## BACKGROUND

This case was transferred to this Court from the District of Delaware on February 13, 2015. Local counsel for both Memory Integrity LLC and Intel Corporation made appearances for their respective clients in the District of Oregon. Delaware local counsel are Richard C. Weinblatt and Stamatios Stamoulis of Stamoulis & Weinblatt LLC, on behalf of Memory Integrity, and Jack B. Blumenfeld and Paul Saindon of Morris, Nichols, Arsht & Tunnell, on behalf of Intel. Neither Delaware firm has made or will make an appearance in the District of Oregon. Therefore, they should be removed as attorneys of record and from the ECF service list and any other required notifications for this case. Currently the parties are required to serve the Delaware firms with the discovery and pleadings being exchanged and/or served. The parties and the Court will be more efficient if they are required to serve only the attorneys and firms that have made appearances in this District.

## CONCLUSION

Based on the foregoing, the parties move this Court for an order removing Delaware counsel as counsel of record for plaintiff and defendant.

DATED this 24th day of July, 2015.

MARKOWITZ HERBOLD PC

By:   /s/ Renée E. Rothauge
Renée E. Rothauge
OSB #903712
(503) 295-3085
Attorneys for Defendant Intel Corporation

465579

Page 2 -   UNOPPOSED MOTION TO REMOVE DELAWARE COUNSEL FROM THE CASE

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2015, I have made service of the foregoing **UNOPPOSED MOTION TO REMOVE DELAWARE COUNSEL FROM THE CASE** on the party/ies listed below in the manner indicated:

Richard C. Weinblatt  ☒ U.S. Mail
Stamatios Stamoulis  ☐ Facsimile
Stamoulis & Weinblatt LLC  ☐ Hand Delivery
Two Fox Point Centre  ☐ Overnight Courier
6 Denny Road, Suite 307  ☐ Email
Wilmington, DE 19809  ☐ Electronically via USDC CM/ECF system

Jack B. Blumenfeld  ☒ U.S. Mail
Paul Saindon  ☐ Facsimile
Morris, Nichols, Arsht & Tunnell  ☐ Hand Delivery
P.O. Box 1347  ☐ Overnight Courier
Wilmington DE 19899-1347  ☐ Email
 ☐ Electronically via USDC CM/ECF system

DATED this 24th day of July, 2015.

*/s/ Renée E. Rothauge*

_____
Renée E. Rothauge
OSB #903712
Attorney for Defendant Intel Corporation

**CERTIFICATE OF SERVICE**