**Renée E. Rothauge**, OSB #903712
ReneeRothauge@markowitzherbold.com
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Telephone: (503) 295-3085
Fax:  (503) 323-9105

**Michael J. Summersgill** (*pro hac vice*)
**Jordan L. Hirsch** (*pro hac vice*)
**Sean K. Thompson** (*pro hac vice*)
WILMERHALE LLP
60 State Street
Boston, MA  02109
(617) 526-6000

**Grant K. Rowan** (*pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000

**Arthur W. Coviello** (*pro hac vice*)
WILMERHALE LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 663-6000

*Attorneys for Defendant Intel Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **MEMORY INTEGRITY, LLC**,<br><br>                              Plaintiff,<br>     v.<br><br>**INTEL CORPORATION**,<br>                              Defendant. | Case No. 3:15-cv-00262-SI<br><br>**DECLARATION OF ARTHUR W. COVIELLO IN SUPPORT OF INTEL CORPORATION'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |

Page 1 - DECLARATION OF ARTHUR W. COVIELLO IN SUPPORT OF DEFENDANT
      INTEL CORPORATION'S MOTION FOR PARTIAL JUDGMENT ON THE
      PLEADINGS

I, Arthur W. Coviello, declare:

1. I am an attorney at the law firm of WilmerHale LLP, counsel for Defendant Intel Corporation ("Intel") in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, I could testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a redline comparison of Memory Integrity LLC's Fist Amended Complaint (Dkt. 61) and its Second Amended Complaint (Dkt. 105).

3. Attached as Exhibit 2 is a true and correct copy of the Second Amended Complaint considered by the district court in *Straight Path IP Group, Inc. v. Vonage Holdings Corp.*, No. 14-cv-502, 2014 WL 3345618 (D.N.J. July 7, 2014).

I hereby declare under the penalty of perjury under the laws of the State of Oregon that the above is true and correct to the best of my information and belief and that this declaration is executed on the date below at Palo Alto, California.

DATED: August 14, 2015.

/s/ Arthur W. Coviello
Arthur W. Coviello, *admitted pro hac vice*

Page 2 - **DECLARATION OF ARTHUR W. COVIELLO IN SUPPORT OF DEFENDANT INTEL CORPORATION'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**