**Renée E. Rothauge**, OSB #903712
ReneeRothauge@markowitzherbold.com
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Telephone: (503) 295-3085
Fax:  (503) 323-9105

**Michael J. Summersgill** (*pro hac vice*)
**Jordan L. Hirsch** (*pro hac vice*)
**Sean K. Thompson** (*pro hac vice*)
WILMERHALE LLP
60 State Street
Boston, MA  02109
(617) 526-6000

**Grant K. Rowan** (*pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000

**Arthur W. Coviello** (*pro hac vice*)
WILMERHALE LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 858-6000

*Attorneys for Defendant Intel Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **MEMORY INTEGRITY, LLC**, | **Case No. 3:15-cv-00262-SI** |
| Plaintiff, | **INTEL CORPORATION'S UNOPPOSED MOTION FOR ADDITIONAL PAGES FOR CLAIM CONSTRUCTION BRIEFING** |
| v. | |
| **INTEL CORPORATION,** | **Expedited Consideration Requested** |
| Defendant. | |

## CERTIFICATE OF COMPLIANCE WITH LR 7-1

Pursuant to LR 7-1, counsel for Intel Corporation ("Intel") certify that they have conferred with Memory Integrity LLC's ("MI") counsel, and MI does not oppose this motion. MI also agrees that expedited consideration of this motion is appropriate.

## MOTION

Pursuant to LR 7-2(b)(1), Intel moves this Court for an order allowing the parties to each file 75-page Opening Claim Construction Briefs (due September 30, 2015) and 75-page Answering Claim Construction Briefs (due October 28, 2015) ("Claim Construction Briefing") (Dkt 88).

## MEMORANDUM

This case involves 5 patents, 118 claims, and 24 proposed claim terms for construction. Given the complexity of the technology at issue, the number of asserted claims, and the resulting number of claim terms potentially in dispute, the parties would not be able to make complete arguments for the disputed claim constructions within the 35 pages allowed by LR 7-2(b)(1). The parties agree that allowing 75 pages, respectively, for the opening and responsive Claim Construction Briefing will enable the parties to make a full and clear record for the Court and will help to ensure efficient claim construction proceedings. The parties seek expedited consideration of this motion so that the parties have sufficient time to prepare their Opening Claim Construction Briefs within the page limits allowed by the Court by September 30, 2015.

## CONCLUSION

In light of the complexity of the Claim Construction Briefing required for this case and the benefits additional briefing will provide to the Court and the parties, Intel respectfully

requests that the Court enter an order on an expedited basis allowing Opening and Answering

Claim Construction Briefs up to 75 pages.

DATED this 19th day of August, 2015.

MARKOWITZ HERBOLD PC

By:   */s/ Renée E. Rothauge*
      Renée E. Rothauge
      OSB #903712
      (503) 295-3085
      Attorneys for Defendant Intel Corporation