John Mansfield, OSB No. 055390
MansfieldLaw
121 SW Morrison Ave., Suite 400
Portland, OR 97204
Telephone: 971.271.8615
john@mansfieldlaw.net

Jonathan Baker (appearing *pro hac vice*)
FARNEY DANIELS PC
411 Borel Avenue, Suite 350
San Mateo, California 94402
Telephone: (424) 278-5200
jbaker@farneydaniels.com

[Additional Counsel listed on signature page]

*Attorneys for Plaintiff Memory Integrity, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| MEMORY INTEGRITY, LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>           Defendant. | Case No. 3:15-cv-00262-SI<br><br>**JOINT MOTION TO EXTEND THE DEADLINE TO FILE A FINAL JOINT CLAIM CONSTRUCTION CHART**<br><br>**JURY TRIAL DEMANDED** |

      Plaintiff Memory Integrity, LLC ("MI" or "Plaintiff") and Defendant Intel Corporation ("Intel" or "Defendant"), by and through their respective counsel, respectfully submit this Joint Motion to Extend the Deadline to File a Final Joint Claim Construction Chart. In support, the parties state as follows:

PAGE 1 –JOINT MOTION TO EXTEND TIME TO FILE FINAL JOINT CLAIM CONSTRUCTION CHART

1.	According to the current scheduling order in this case (Dkt Nos. 87, 88), the parties are due to file the Final Joint Claim Construction Chart on September 1, 2015.  The parties seek a three day extension of this deadline, until and including September 4, 2015.

2.	The parties have exchanged proposed claim constructions and supporting evidence and have met and conferred regarding the differences in the parties' proposals.  The parties are presently continuing to discuss their proposed constructions with the goal of reducing the number of disputed claim terms to be construed and/or focusing the disputes to be resolved by the Court.

3.	The parties do not seek to delay or alter any other deadlines in this case and do not believe this motion, if granted, would cause any such delay.

WHEREFORE, the parties respectfully request that the Court extend the time for submitting the parties' Final Joint Claim Construction Chart in the above-captioned case to September 4, 2015.

Dated:  September 1, 2015

Respectfully submitted,

 /s/ Jonathan Baker
Jonathan Baker (appearing *pro hac vice*)
Michael Saunders (appearing *pro hac vice*)
Gurtej Singh (appearing *pro hac vice*)
FARNEY DANIELS PC
411 Borel Avenue, Suite 350
San Mateo, California 94402
Telephone:  (424) 278-5200
jbaker@farneydaniels.com
msaunders@farneydaniels.com
tsaunders@farneydaniels.com

Bryan Atkinson (appearing *pro hac vice*)
FARNEY DANIELS PC
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
batkinson@farneydaniels.com

John Mansfield, OSB No. 055390
MANSFIELDLAW
121 SW Morrison Ave., Suite 400
Portland, OR 97204
Telephone:  971.271.8615
john@mansfieldlaw.net

*Attorneys for Plaintiff*
*Memory Integrity, LLC*

 /s/ Arthur W. Coviello
Renée E. Rothauge, OSB #903712
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204-3730
ReneeRothauge@markowitzherbold.com

Michael J. Summersgill (*pro hac vice*)
Jordan L. Hirsch (*pro hac vice*)
Sean K. Thompson (*pro hac vice*)
WILMERHALE
60 State Street
Boston, MA 02109
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com
sean.thompson@wilmerhale.com

Grant K. Rowan (*pro hac vice*)
WILMERHALE
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Grant.rowan@wilmerhale.com

Arthur W. Coviello (*pro hac vice*)
WILMERHALE
950 Page Mill Road
Palo Alto, CA 94304
Arthur.coviello@wilmerhale.com

*Attorneys for Defendant*
*Intel Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all interested parties.

Dated:  September 1, 2015

>*/s/ Jonathan Baker*
>Jonathan Baker (appearing *pro hac vice*)
>Attorney for Plaintiff, Memory Integrity, LLC