John Mansfield, OSB No. 055390
MansfieldLaw
121 SW Morrison Ave., Suite 400
Portland, OR 97204
Telephone: 971.271.8615
john@mansfieldlaw.net

Jonathan Baker (appearing *pro hac vice*)
FARNEY DANIELS PC
411 Borel Avenue, Suite 350
San Mateo, California 94402
Telephone: (424) 278-5200
jbaker@farneydaniels.com

[Additional Counsel listed on signature page]

*Attorneys for Plaintiff Memory Integrity, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| MEMORY INTEGRITY, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | Case No. 3:15-cv-00262-SI<br><br>**JOINT MOTION TO EXTEND THE DEADLINE TO FILE A FINAL JOINT CLAIM CONSTRUCTION CHART**<br><br>**JURY TRIAL DEMANDED** |

    Plaintiff Memory Integrity, LLC ("MI" or "Plaintiff") and Defendant Intel Corporation ("Intel" or "Defendant"), by and through their respective counsel, respectfully submit this Joint Motion to Extend the Deadline to File a Final Joint Claim Construction Chart. In support, the parties state as follows:

PAGE 1 – JOINT MOTION TO EXTEND TIME TO FILE FINAL JOINT CLAIM CONSTRUCTION CHART

1.       According to the current scheduling order in this case (Dkt. 87, 88) and the Court's Order Granting the Parties' Joint Motion to Extend the Deadline to File a Final Joint Claim Construction Chart (Dkt. 118), the parties' Final Joint Claim Construction Chart is due on September 4, 2015. The parties seek a one-week extension of this deadline, until and including September 11, 2015.

2.       The parties have exchanged proposed claim constructions and supporting evidence and have met and conferred regarding the differences in the parties' proposals. Since the filing of the prior extension, the parties have exchanged further proposed compromise constructions and are considering each other's proposals. The parties are continuing to discuss their proposed constructions with the goal of reducing and focusing the disputes to be resolved by the Court.

3.       The parties do not seek to delay or alter any other deadlines in this case and do not believe this motion, if granted, would cause any such delay.

WHEREFORE, the parties respectfully request that the Court extend the time for submitting the parties' Final Joint Claim Construction Chart in the above-captioned case to September 11, 2015.

Dated:  September 4, 2015                                   Respectfully submitted,


 /s/ *Jonathan Baker*                                        /s/ *Arthur W. Coviello*
Jonathan Baker (appearing *pro hac vice*)              Renée E. Rothauge, OSB #903712
Michael Saunders (appearing *pro hac vice*)            MARKOWITZ HERBOLD PC
Gurtej Singh (appearing *pro hac vice*)                Suite 3000, Pacwest Center
FARNEY DANIELS PC                                      1211 SW Fifth Avenue
411 Borel Avenue, Suite 350                            Portland, OR 97204-3730
San Mateo, California 94402                            ReneeRothauge@markowitzherbold.com
Telephone:  (424) 278-5200
jbaker@farneydaniels.com                               Michael J. Summersgill (*pro hac vice*)
msaunders@farneydaniels.com                            Jordan L. Hirsch (*pro hac vice*)
tsaunders@farneydaniels.com                            Sean K. Thompson (*pro hac vice*)
                                                       WILMERHALE
Bryan Atkinson (appearing *pro hac vice*)              60 State Street
FARNEY DANIELS PC                                      Boston, MA 02109
800 S. Austin Avenue, Suite 200                        michael.summersgill@wilmerhale.com
Georgetown, Texas 78626                                jordan.hirsch@wilmerhale.com
Telephone: (512) 582-2828                              sean.thompson@wilmerhale.com
batkinson@farneydaniels.com
                                                       Grant K. Rowan (*pro hac vice*)
John Mansfield, OSB No. 055390                         WILMERHALE
MANSFIELDLAW                                           1875 Pennsylvania Avenue, NW
121 SW Morrison Ave., Suite 400                        Washington, DC 20006
Portland, OR 97204                                     Grant.rowan@wilmerhale.com
Telephone:  971.271.8615
john@mansfieldlaw.net                                  Arthur W. Coviello (*pro hac vice*)
                                                       WILMERHALE
*Attorneys for Plaintiff*                              950 Page Mill Road
*Memory Integrity, LLC*                                Palo Alto, CA 94304
                                                       Arthur.coviello@wilmerhale.com

                                                       *Attorneys for Defendant*
                                                       *Intel Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all interested parties.

Dated:  September 4, 2015

*/s/ Jonathan Baker*
Jonathan Baker (appearing *pro hac vice*)
Attorney for Plaintiff, Memory Integrity, LLC