John Mansfield, OSB No. 055390
MansfieldLaw
121 SW Morrison Ave., Suite 400
Portland, OR 97204
Telephone:  971.271.8615
john@mansfieldlaw.net

Jonathan Baker (appearing *pro hac vice*)
FARNEY DANIELS PC
411 Borel Avenue, Suite 350
San Mateo, California 94402
Telephone:  (424) 278-5200
jbaker@farneydaniels.com

[Additional Counsel listed on signature page]

*Attorneys for Plaintiff Memory Integrity, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| MEMORY INTEGRITY, LLC,<br><br>              Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION,<br><br>              Defendant. | Case No. 3:15-cv-00262-SI<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE CLAIMS ELECTION**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Memory Integrity, LLC ("MI" or "Plaintiff") respectfully submits this

Unopposed Motion for Extension of Time to Serve Claims Election.  MI seeks a one-week

extension of time to serve its election of fifteen asserted claims required under this Court's

October 30, 2015 order (Dkt. No. 152).  Under the current deadline, MI's response is due by

November 13, 2015.  MI seeks an extension of time to serve its election of fifteen asserted claims to 9 am PST on November 20, 2015.  In support, Plaintiff states as follows:

1.    Counsel for Plaintiff has a number of hearings and case deadlines during the period provided in the Court's order, including oral argument of an appeal and the deadline for submitting an appeal brief in another matter;

2.    In light of these commitments, it will unmanageable to make the election of fifteen asserted claims by the original deadline;

3.    Counsel for Plaintiff is authorized by counsel for Intel to state the following: "Based upon MI's counsel's statements that they have other professional commitments which will make complying with the Court's deadline unmanageable, Intel does not oppose MI's request to extend the deadline to identify the 15 asserted claims to November 20 provided that MI does so no later than 9:00 am PST on the 20th."

WHEREFORE, Plaintiff respectfully requests that the Court extend the time to serve Plaintiff's election of 15 asserted claims in the above-captioned case to 9 am PST on November 20, 2015.

Dated:  November 6, 2015               Respectfully submitted,


                                       /s/ Jonathan Baker
                                       Jonathan Baker (appearing *pro hac vice*)
                                       Michael Saunders (appearing *pro hac vice*)
                                       Gurtej Singh (appearing *pro hac vice*)
                                       FARNEY DANIELS PC
                                       411 Borel Avenue, Suite 350
                                       San Mateo, California 94402
                                       Telephone:  (424) 278-5200
                                       jbaker@farneydaniels.com
                                       msaunders@farneydaniels.com
                                       tsingh@farneydaniels.com

                                       John Mansfield, OSB No. 055390
                                       MANSFIELDLAW
                                       121 SW Morrison Ave., Suite 400
                                       Portland, OR 97204
                                       Telephone:  971.271.8615
                                       john@mansfieldlaw.net

                                       *Attorneys for Plaintiff*
                                       *Memory Integrity, LLC*


## CERTIFICATE OF CONFERFENCE

On November 4, 2015, counsel for Plaintiff conferred with counsel for Defendant regarding Plaintiff's Motion for Extension of Time to Serve Claims Election.  Counsel for Defendant confirmed that the Defendant does not oppose Plaintiff's motion for extension of time.

Dated:  November 6, 2015


                                       /s/ Jonathan Baker
                                       Jonathan Baker (appearing *pro hac vice*)
                                       Attorney for Plaintiff, Memory Integrity, LLC


PAGE 3 –UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE CLAIMS ELECTION

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the

Court using the CM/ECF system, which will send notification of such filing to all interested

parties.

Dated:  November 6, 2015

*/s/ Jonathan Baker*_____
Jonathan Baker (appearing *pro hac vice*)
Attorney for Plaintiff, Memory Integrity, LLC