UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MEMORY INTEGRITY, LLC,

          **Plaintiff(s),**

v.

INTEL CORPORATION,

          **Defendant(s).**

Civil Case No. 3:15-cv-00262-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Sarah Beigbeder Petty requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)   **PERSONAL DATA:**

Name: Petty, Sarah, B
    *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Firm or Business Affiliation: Wilmer Cutler Pickering Hale and Dorr LLP

Mailing Address: 60 State St.

City: Boston    State: MA    Zip: 02109

Phone Number: 617-526-6755    Fax Number: 617-526-5000

Business E-mail Address: sarah.petty@wilmerhale.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Commonwealth of Massachusetts, 11/27/06, BBO # 666485

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
United States District Court for the District of Massachusetts, 3/18/08

United States Court of Appeals for the Federal Circuit, 3/15/10

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant Intel Corporation

Case 3:15-cv-00262-SI    Document 167    Filed 01/11/16    Page 3 of 3

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this  11th  day of  January , 2016

*(Signature of Pro Hac Counsel)*

Sarah Beigbeder Petty
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this  11th  day of  January , 2016

/s/ Renee E. Rothauge
*(Signature of Local Counsel)*

Name: Rothauge, Renee E.
*(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Oregon State Bar Number: 903712

Firm or Business Affiliation: Markowitz Herbold PC

Mailing Address: 1211 SW Fifth Avenue, Suite 3000

City: Portland    State: OR    Zip: 97204

Phone Number: (503) 295-3085    Business E-mail Address: reneerothauge@markowitzh

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

U.S. District Court–Oregon
Revised March 1, 2014

Application for Special Admission - *Pro Hac Vice*
Page 3 of 3