UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MEMORY INTEGRITY, LLC,

          Plaintiff(s),

v.

INTEL CORPORATION,

          Defendant(s).

Civil Case No. 3:15-cv-00262-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Marissa A. Lalli requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)   PERSONAL DATA:**

Name: Lalli (Last Name)   Marissa (First Name)   A (MI)   (Suffix)

Firm or Business Affiliation: Wilmer Cutler Pickering Hale and Dorr LLP

Mailing Address: 60 State Street

City: Boston   State: MA   Zip: 02109

Phone Number: (617) 526-6000   Fax Number: (617) 526-5000

Business E-mail Address: marissa.lalli@wilmerhale.com

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
State of Massachusetts, 11/16/2011, 681516
State of New York, 10/24/2012, 5024393

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
United States Court of Appeals, First Circuit, 2/2/2012, 1151377
United States District Court, District of MA, 3/20/2012, 681516

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant Intel Corporation

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 1st day of February, 2016

*(Signature of Pro Hac Counsel)*

Marissa A. Lalli
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 1st day of February, 2016

/s/ Renee E. Rothauge
*(Signature of Local Counsel)*

Name: Rothauge (Last Name), Renee (First Name), E (MI), (Suffix)
Oregon State Bar Number: 903712
Firm or Business Affiliation: Markowitz Herbold PC
Mailing Address: 1211 SW Fifth Avenue, Suite 3000
City: Portland    State: OR    Zip: 97204
Phone Number: (503) 295-3085    Business E-mail Address: ReneeRothauge@Markowitz

---

**COURT ACTION**

☒ Application approved subject to payment of fees.
☐ Application denied.

DATED this 2nd day of February, 2016

/s/ Michael H. Simon
Judge