## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

MEMORY INTEGRITY, LLC

      Plaintiff(s),

v.

INTEL CORPORATION

      Defendant(s).

Civil Case No. 3:15-cv-00262-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Alexandra Amrhein** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Amrhein**, **Alexandra**
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Wilmer Cutler Pickering Hale and Dorr LLP

Mailing Address: 60 State Street

City: Boston  State: MA  Zip: 02109

Phone Number: 617 526 6167  Fax Number: 617 526 5000

Business E-mail Address: alexandra.amrhein@wilmerhale.com

**(2)   BAR ADMISSIONS INFORMATION:**

(a)   State bar admission(s), date(s) of admission, and bar ID number(s):
Massachusetts, 11/30/2009, BBO 676604

(b)   Other federal court admission(s), date(s) of admission, and bar ID number(s):
US Court of Appeals Federal Circuit, 8/16/2011
US Court of Appeals First Circuit, 4/28/2010, 1141651
US District Court, Dist. of Massachusetts, 5/18/2010

**(3)   CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a)   ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b)   ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4)   CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)   REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant Intel Corporation

**(6)  CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 25th day of February, 2016

*[signature]*
*(Signature of Pro Hac Counsel)*

Alexandra Amhrein
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 25th day of February, 2016

*[signature]*
*(Signature of Local Counsel)*

Name: Rothauge, Renee E.
*(Last Name)*  *(First Name)*  *(MI)*  *(Suffix)*

Oregon State Bar Number: 903712
Firm or Business Affiliation: Markowitz Herbold PC
Mailing Address: 1211 SW Fifth Avenue, Suite 3000
City: Portland   State: OR   Zip: 97204
Phone Number: (503)295-3085   Business E-mail Address: ReneeRothauge@markowit

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

Case 3:15-cv-00262-SI   Document 187   Filed 02/25/16   Page 3 of 3

U.S. District Court–Oregon                                 Application for Special Admission - *Pro Hac Vice*
Revised March 1, 2014                                                                        Page 3 of 3