**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

MEMORY INTEGRITY, LLC

       **Plaintiff(s),**

v.

INTEL CORPORATION

       **Defendant(s).**

Civil Case No. 3:15-cv-00262-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Alexandra Amrhein _____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: Amrhein      Alexandra
    *(Last Name)*       *(First Name)*       *(MI)*    *(Suffix)*

Firm or Business Affiliation: Wilmer Cutler Pickering Hale and Dorr LLP

Mailing Address: 60 State Street

City: Boston      State: MA      Zip: 02109

Phone Number: 617 526 6167      Fax Number: 617 526 5000

Business E-mail Address: alexandra.amrhein@wilmerhale.com

**(2)    BAR ADMISSIONS INFORMATION:**

    **(a)**   State bar admission(s), date(s) of admission, and bar ID number(s):

          Massachusetts, 11/30/2009, BBO 676604

    **(b)**   Other federal court admission(s), date(s) of admission, and bar ID number(s):

          US Court of Appeals Federal Circuit, 8/16/2011

          US Court of Appeals First Circuit, 4/28/2010, 1141651

          US District Court, Dist. of Massachusetts, 5/18/2010

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**  ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**  ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

    Defendant Intel Corporation

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 25th day of February , 2016

*Alexandra W. Amrhein*
*(Signature of Pro Hac Counsel)*

Alexandra Amhrein
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 25th day of February , 2016

*(Signature of Local Counsel)*

Name: Rothauge, Renee E.
      *(Last Name)*              *(First Name)*              *(MI)*      *(Suffix)*

Oregon State Bar Number: 903712

Firm or Business Affiliation: Markowitz Herbold PC

Mailing Address: 1211 SW Fifth Avenue, Suite 3000

City: Portland                     State: OR        Zip: 97204

Phone Number: (503)295-3085        Business E-mail Address: ReneeRothauge@markowit

---

## COURT ACTION

☒ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this 25th day of February , 2016

 /s/ Michael H. Simon
Judge

---