**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

MEMORY INTEGRITY LLC, a Delaware corporation

    **Plaintiff(s),**

v.

INTEL CORPORATION

    **Defendant(s).**

Civil Case No. 3:15-cv-00262-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney  Caryn L. Cross  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)  PERSONAL DATA:**

Name: Cross (Last Name)   Caryn L (First Name)   (MI)   (Suffix)
Firm or Business Affiliation: Farney Daniels PC
Mailing Address: 98 Rockwell Place, 2nd Floor
City: Brooklyn   State: NY   Zip: 11217
Phone Number: 718-362-1650   Fax Number: 718-362-1671
Business E-mail Address: ccross@farneydaniels.com

**(2)   BAR ADMISSIONS INFORMATION:**

    **(a)**   State bar admission(s), date(s) of admission, and bar ID number(s):
New York, 5/7/2008, NY State Bar No. 4546966

    **(b)**   Other federal court admission(s), date(s) of admission, and bar ID number(s):
Southern District of New York, 7/21/2009, Bar No. CC0920

**(3)   CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**   ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**   ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)   CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)   REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Memory Integrity LLC

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this  4th  day of  April , 2016

*Caryn L. Cross*
*(Signature of Pro Hac Counsel)*

Caryn L. Cross
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this  4th  day of  April , 2016

*(Signature of Local Counsel)*

Name:  Mansfield   John
       *(Last Name)*   *(First Name)*   *(MI)*   *(Suffix)*

Oregon State Bar Number:  055390
Firm or Business Affiliation:  Mansfield Law
Mailing Address:  121 SW Morrison Avenue, Suite 400
City:  Portland      State:  OR    Zip:  97204
Phone Number:  971-271-8615    Business E-mail Address:  john@mansfieldlaw.net

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---