John Mansfield, OSB No. 055390
MansfieldLaw
121 SW Morrison Ave., Suite 400
Portland, OR 97204
Telephone: 971.271.8615
john@mansfieldlaw.net

Jonathan Baker (appearing *pro hac vice*)
FARNEY DANIELS PC
411 Borel Avenue, Suite 350
San Mateo, California 94402
Telephone: (424) 278-5200
jbaker@farneydaniels.com

[Additional Counsel listed on signature page]

*Attorneys for Plaintiff Memory Integrity, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| MEMORY INTEGRITY, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:15-cv-00262-SI<br><br>**STIPULATION OF THE PARTIES REGARDING "SKYLAKE" PRODUCTS** |

WHEREAS, on February 3, 2016, Plaintiff Memory Integrity, LLC ("MI" or "Plaintiff") served a Supplemental Identification of Accused Products in this case, which, in addition to the products previously identified, further identified certain of Defendant Intel Corporation's ("Intel" or "Defendant") "Skylake" series of processors as products accused by MI of infringing the patents-in-suit;

WHEREAS Intel has disputed the propriety of MI's addition of the "Skylake" processors as accused products at this stage in this case;

WHEREAS, without conceding their respective positions, the parties wish to enter into this stipulation in order to resolve this dispute without unnecessary motion practice;

MI and Intel, by and through their respective counsel, stipulate as follows:

1. MI withdraws its identification of Intel's "Skylake" processors as accused products, and MI will not pursue claims of infringement against Intel's "Skylake" processors in the trial of this action;

2. Intel will not object to a subsequent suit asserting infringement claims against Intel's "Skylake" products on the ground that such claims should have been included in the current case;

3. Notwithstanding the above, in any subsequent suit against any Intel products (including "Skylake" products), Intel shall have the right to raise any other objection to such suit and to enforce any judgment or ruling against MI arising in this suit to the full extent of any applicable preclusion doctrine, including claim preclusion, issue preclusion, and the *Kessler* doctrine;

4. In any subsequent suit against any Intel products (including "Skylake" products), MI shall have the right to assert any applicable preclusion doctrine against Intel;

5. In any subsequent suit alleging infringement of U.S. Patent Nos. 8,572,206, 8,898,254, 7,296,121, 7,103,636, or 7,107,409 against any Intel products (including "Skylake" products), MI must bring such action in the U.S. District Court for the District of Oregon, and MI will not seek different claim constructions than the constructions that the Court has adopted in this case (as may be corrected, reversed, vacated, or modified by the Court in this case or on appeal of this case).

WHEREFORE, the parties stipulate as set forth above.

Dated: April 5, 2016

Respectfully submitted,

*/Jonathan Baker/*

Jonathan Baker (appearing *pro hac vice*)
Michael Saunders (appearing *pro hac vice*)
Gurtej Singh (appearing *pro hac vice*)
FARNEY DANIELS PC
411 Borel Avenue, Suite 350
San Mateo, California 94402
Telephone: (424) 278-5200
jbaker@farneydaniels.com
msaunders@farneydaniels.com
tsaunders@farneydaniels.com

Bryan Atkinson (appearing *pro hac vice*)
FARNEY DANIELS PC
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
batkinson@farneydaniels.com

John Mansfield, OSB No. 055390
MANSFIELDLAW
121 SW Morrison Ave., Suite 400
Portland, OR 97204
Telephone: 971.271.8615
john@mansfieldlaw.net

*Attorneys for Plaintiff*
*Memory Integrity, LLC*

*/Arthur W. Coviello/*

Renée E. Rothauge, OSB #903712
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204-3730
ReneeRothauge@markowitzherbold.com

Michael J. Summersgill (*pro hac vice*)
Jordan L. Hirsch (*pro hac vice*)
Sarah Beigbeder Petty (*pro hac vice*)Alexandra Wells Amrhein (*pro hac vice*)
WILMERHALE LLP
60 State Street
Boston, MA 02109
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com
sean.thompson@wilmerhale.com

Grant K. Rowan (*pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Grant.rowan@wilmerhale.com

Arthur W. Coviello (*pro hac vice*)
WILMERHALE LLP
950 Page Mill Road
Palo Alto, CA 94304
Arthur.coviello@wilmerhale.com

*Attorneys for Defendant*
*Intel Corporation*