**Renée E. Rothauge, OSB #903712**
ReneeRothauge@markowitzherbold.com
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Telephone: (503) 295-3085
Fax:  (503) 323-9105

**Michael J. Summersgill (*pro hac vice*)**
Michael.summersgill@wilmerhale.com
**Jordan L. Hirsch (*pro hac vice*)**
Jordan.hirsch@wilmerhale.com
**Sarah B. Petty (*pro hac vice*)**
Sarah.petty@wilmerhale.com
WILMERHALE
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

**Grant K. Rowan (*pro hac vice*)**
Grant.rowan@wilmerhale.com
WILMERHALE
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 663-6000
Fax: (202) 663-6011

**Arthur W. Coviello (*pro hac vice*)**
Arthur.coviello@wilmerhale.com
WILMERHALE
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

*Attorneys for Intel Corporation*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| **MEMORY INTEGRITY, LLC**, | Case No.: 3:15-cv-00262-SI |
| Plaintiff, | |
| v. | |
| | **STIPULATION REGARDING PUBLIC AVAILABILITY OF PRIOR ART** |
| **INTEL CORPORATION,** | |
| Defendant. | |

Plaintiff Memory Integrity, LLC ("Memory Integrity") and Defendant Intel Corporation ("Intel"), by and through their designated counsel, hereby agree and stipulate as follows:  The Anthony Nguyen, "High-Throughput Coherence Controllers," PhD Thesis, University of Illinois at Urbana-Champaign—cited in Intel's December 11, 2015 Notice of Election of Prior Art References and attached hereto as Exhibit 1—was made publicly available at least as of March 13, 2002 through ProQuest LLC. (*See, e.g.*, Ex. 2 [88222INTELMI2509550-88222INTELMI2509667] (sworn declaration of Carol Wadke of ProQuest LLC and accompanying copy of Mr. Nguyen's thesis from ProQuest's files); *see also* 88222INTELMI2509765 (excerpt of May 2002 edition of Dissertation Abstract International citing Mr. Nguyen's thesis).)  Memory Integrity will not hereafter dispute these dates of public availability throughout the course of the above-captioned litigation.

**Page 2 -   STIPULATION REGARDING PUBLIC AVAILABILITY OF PRIOR ART**

Dated:  April 11, 2016                                   Respectfully submitted,


/s/ Jonathan Baker                                      /s/ Renée E. Rothauge

Jonathan Baker (appearing *pro hac vice*)              Renée E. Rothauge, OSB #903712
Michael Saunders (appearing *pro hac vice*)            MARKOWITZ HERBOLD PC
Gurtej Singh (appearing *pro hac vice*)                Suite 3000, Pacwest Center
FARNEY DANIELS PC                                      1211 SW Fifth Avenue
411 Borel Avenue, Suite 350                            Portland, OR 97204-3730
San Mateo, California 94402                            ReneeRothauge@markowitzherbold.com
Telephone:  (424) 278-5200
jbaker@farneydaniels.com                               Michael J. Summersgill (*pro hac vice*)
msaunders@farneydaniels.com                            Jordan L. Hirsch (*pro hac vice*)
tsaunders@farneydaniels.com                            Sarah B. Petty (*pro hac vice*)
                                                        WILMERHALE LLP
                                                        60 State Street
Bryan Atkinson (appearing *pro hac vice*)              Boston, MA 02109
FARNEY DANIELS PC                                      michael.summersgill@wilmerhale.com
800 S. Austin Avenue, Suite 200                        jordan.hirsch@wilmerhale.com
Georgetown, Texas 78626                                sarah.petty@wilmerhale.com
Telephone: (512) 582-2828
batkinson@farneydaniels.com                            Grant K. Rowan (*pro hac vice*)
                                                        WILMERHALE LLP
John Mansfield, OSB No. 055390                          1875 Pennsylvania Avenue, NW
MANSFIELDLAW                                            Washington, DC 20006
121 SW Morrison Ave., Suite 400                        Grant.rowan@wilmerhale.com
Portland, OR 97204
Telephone:  971.271.8615                                Arthur W. Coviello (*pro hac vice*)
john@mansfieldlaw.net                                  WILMERHALE LLP
                                                        950 Page Mill Road
*Attorneys for Plaintiff*                               Palo Alto, CA 94304
*Memory Integrity, LLC*                                 Arthur.coviello@wilmerhale.com

                                                        *Attorneys for Defendant*
                                                        *Intel Corporation*