**Renée E. Rothauge, OSB #903712**
ReneeRothauge@markowitzherbold.com
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Telephone: (503) 295-3085
Fax:  (503) 323-9105

**Michael J. Summersgill (*pro hac vice*)**
Michael.summersgill@wilmerhale.com
**Jordan L. Hirsch (*pro hac vice*)**
Jordan.hirsch@wilmerhale.com
**Sarah B. Petty (*pro hac vice*)**
Sarah.petty@wilmerhale.com
WILMERHALE
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

**Grant K. Rowan (*pro hac vice*)**
Grant.rowan@wilmerhale.com
WILMERHALE
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 663-6000
Fax: (202) 663-6011

**Arthur W. Coviello (*pro hac vice*)**
Arthur.coviello@wilmerhale.com
WILMERHALE
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

*Attorneys for Intel Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **MEMORY INTEGRITY, LLC**, | Case No.: 3:15-cv-00262-SI |
| Plaintiff, | |
| v. | |
| **INTEL CORPORATION,** | **JOINT STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS** |
| Defendant. | |

Page 1 -   JOINT STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS

Plaintiff Memory Integrity, LLC ("Memory Integrity") and Defendant Intel Corporation ("Intel") (collectively, the "Parties"), by and through their designated counsel, hereby agree and stipulate as follows:  The Parties have agreed that absent affirmative evidence that a document or thing is not what it purports to be, the Parties agree that, for purposes of Rule 901 of the Federal Rules of Evidence, the Parties will not contest the authenticity of any document or thing, including any true and correct copy thereof, produced by Memory Integrity, Intel, or third-party Sanmina Corporation in connection with the above-captioned litigation.

Dated:  April 12, 2016

Respectfully submitted,

*/s/ Jonathan Baker*

Jonathan Baker (appearing *pro hac vice*)
Michael Saunders (appearing *pro hac vice*)
Gurtej Singh (appearing *pro hac vice*)
FARNEY DANIELS PC
411 Borel Avenue, Suite 350
San Mateo, California 94402
Telephone:  (424) 278-5200
jbaker@farneydaniels.com
msaunders@farneydaniels.com
tsaunders@farneydaniels.com

Bryan Atkinson (appearing *pro hac vice*)
FARNEY DANIELS PC
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
batkinson@farneydaniels.com

John Mansfield, OSB No. 055390
MANSFIELDLAW
121 SW Morrison Ave., Suite 400
Portland, OR 97204
Telephone:  971.271.8615
john@mansfieldlaw.net

*Attorneys for Plaintiff*
*Memory Integrity, LLC*

*/s/ Renée E. Rothauge*

Renée E. Rothauge, OSB #903712
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204-3730
ReneeRothauge@markowitzherbold.com

Michael J. Summersgill (*pro hac vice*)
Jordan L. Hirsch (*pro hac vice*)
Sarah B. Petty (*pro hac vice*)
WILMERHALE LLP
60 State Street
Boston, MA 02109
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com
sarah.petty@wilmerhale.com

Grant K. Rowan (*pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Grant.rowan@wilmerhale.com

Arthur W. Coviello (*pro hac vice*)
WILMERHALE LLP
950 Page Mill Road
Palo Alto, CA 94304
Arthur.coviello@wilmerhale.com

*Attorneys for Defendant*
*Intel Corporation*

**Page 2 -   JOINT STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS**