**Renée E. Rothauge, OSB #903712**
ReneeRothauge@markowitzherbold.com
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Telephone: (503) 295-3085
Fax:  (503) 323-9105

**Michael J. Summersgill (*pro hac vice*)**
Michael.summersgill@wilmerhale.com
**Jordan L. Hirsch (*pro hac vice*)**
Jordan.hirsch@wilmerhale.com
**Sarah B. Petty (*pro hac vice*)**
Sarah.petty@wilmerhale.com
WILMERHALE
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

**Grant K. Rowan (*pro hac vice*)**
Grant.rowan@wilmerhale.com
WILMERHALE
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 663-6000
Fax: (202) 663-6011

**Arthur W. Coviello (*pro hac vice*)**
Arthur.coviello@wilmerhale.com
WILMERHALE
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

*Attorneys for Intel Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| **MEMORY INTEGRITY, LLC**, | Case No.: 3:15-cv-00262-SI |
| Plaintiff, | |
| v. | |
| **INTEL CORPORATION,** | **JOINT STIPULATED MOTION REGARDING CASE SCHEDULE** |
| Defendant. | |

Page 1 -    JOINT STIPULATED MOTION REGARDING CASE SCHEDULE

Plaintiff Memory Integrity, LLC ("Memory Integrity") and Defendant Intel Corporation ("Intel") (collectively, the "Parties"), have made a good faith effort to complete fact discovery by April 12, 2016. Due to scheduling difficulties and other issues, however, the Parties have not been able to secure deposition dates within the fact discovery period for certain party witnesses and third parties, despite the fact that those witnesses were noticed or subpoenaed for deposition prior to the end of fact discovery. The Parties (and third parties) have been able to agree upon a number of deposition dates following April 12, 2016 (all of which are within a month of that date), and are working to secure the remaining dates. The Parties expect that all outstanding fact depositions would be completed by no later than the last week of May 2016.

In light of the foregoing, the Parties, by and through their designated counsel, hereby submit this joint stipulated motion for leave to take certain depositions after the close of fact discovery. Specifically, the Parties respectfully request that the Court allow the Parties to take fact depositions after the close of fact discovery to the extent that the deposition was noticed and/or the witness was subpoenaed by April 12, 2016. The Parties acknowledge that an Order granting the Parties' request to take certain depositions out of time will have no bearing on any third party's right to object to a deposition.

The Parties further request that to the extent either party wishes to move to compel after April 12, 2016 based on (1) inadequate supplementation of discovery responses by the opposing party; or (2) inadequate preparation of (or non-responsive answers by) a witness who is deposed after the close of fact discovery, that the Court permit the Parties to file such motions, provided that any such motion is filed within two weeks of the allegedly inadequate written discovery responses or deposition testimony.

In addition, in light of the Parties' proposal that certain depositions be taken after the close of fact discovery, the Parties further request that the schedule for expert discovery, as well as the deadlines that follow, be likewise extended according to the proposed schedule below. The proposed new date for Opening Expert Reports allows for the same amount of time between the Parties' Opening Reports and the last scheduled 30(b)(6) deposition of an Intel witness on which MI bears the burden of proof as the prior schedule had allowed between the close of fact discovery and Opening Reports.

| Case Schedule | Current Date | Proposed New Date |
|---|---|---|
| Opening Expert Reports | 5/27/2016 | 6/24/2016 |
| Rebuttal Expert Reports | 6/27/2016 | 8/26/2016 |
| Close of Expert Discovery | 7/27/2016 | 9/30/2016 |
| Summary Judgment and Daubert Motions | 8/10/2016 | 10/14/2016 |
| Oppositions to Summary Judgment and Daubert | 9/2/2016 | 11/9/2016 |
| Replies ISO Summary Judgment and Daubert | 9/19/2016 | 11/23/2016 |
| Pretrial Order | 10/27/2016 | 12/21/2016 |
| Pretrial Conference | TBD | TBD |

The Parties respectfully submit that there is good cause to modify the existing case schedule as proposed above, as it will allow the Parties to complete the requested fact depositions (all of which were sought prior to the current close of fact discovery) prior to the beginning of expert discovery, and will then provide sufficient time for the Parties to complete expert discovery prior to dispositive motions, thereby allowing the Parties to provide a more complete record for the Court on summary judgment. The Parties therefore respectfully request that the Court issue an order granting the relief requested above.

**Page 3 -    JOINT STIPULATED MOTION REGARDING CASE SCHEDULE**

Dated:  April 12, 2016

Respectfully submitted,

/s/ Jonathan Baker
_____

/s/ Renée E. Rothauge
_____

Jonathan Baker (appearing *pro hac vice*)
Michael Saunders (appearing *pro hac vice*)
Gurtej Singh (appearing *pro hac vice*)
FARNEY DANIELS PC
411 Borel Avenue, Suite 350
San Mateo, California 94402
Telephone:  (424) 278-5200
jbaker@farneydaniels.com
msaunders@farneydaniels.com
tsaunders@farneydaniels.com

Bryan Atkinson (appearing *pro hac vice*)
FARNEY DANIELS PC
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
batkinson@farneydaniels.com

John Mansfield, OSB No. 055390
MANSFIELDLAW
121 SW Morrison Ave., Suite 400
Portland, OR 97204
Telephone:  971.271.8615
john@mansfieldlaw.net

*Attorneys for Plaintiff*
*Memory Integrity, LLC*

Renée E. Rothauge, OSB #903712
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204-3730
ReneeRothauge@markowitzherbold.com

Michael J. Summersgill (*pro hac vice*)
Jordan L. Hirsch (*pro hac vice*)
Sarah B. Petty (*pro hac vice*)
WILMERHALE LLP
60 State Street
Boston, MA 02109
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com
sarah.petty@wilmerhale.com

Grant K. Rowan (*pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Grant.rowan@wilmerhale.com

Arthur W. Coviello (*pro hac vice*)
WILMERHALE LLP
950 Page Mill Road
Palo Alto, CA 94304
Arthur.coviello@wilmerhale.com

*Attorneys for Defendant*
*Intel Corporation*