**Renée E. Rothauge, OSB #903712**
ReneeRothauge@markowitzherbold.com
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Telephone: (503) 295-3085
Fax:  (503) 323-9105

**Michael J. Summersgill (*pro hac vice*)**
Michael.summersgill@wilmerhale.com
**Jordan L. Hirsch (*pro hac vice*)**
Jordan.hirsch@wilmerhale.com
**Sarah B. Petty (*pro hac vice*)**
Sarah.petty@wilmerhale.com
WILMERHALE LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

**Grant K. Rowan (*pro hac vice*)**
Grant.rowan@wilmerhale.com
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 663-6000
Fax: (202) 663-6011

**Arthur W. Coviello (*pro hac vice*)**
Arthur.coviello@wilmerhale.com
WILMERHALE LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

*Attorneys for Intel Corporation*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

**MEMORY INTEGRITY, LLC**,

            Plaintiff,

   v.

**INTEL CORPORATION**,

            Defendant.

Case No. 3:15-cv-00262-SI

**[PROPOSED] FINAL JUDGMENT**

**Page 1 -    [PROPOSED] FINAL JUDGMENT**

Per the Court's directive in Dkt. 218, Intel hereby submits the following proposed form of judgment.  Intel has conferred with counsel for Memory Integrity, who indicated that Memory Integrity does not oppose the proposed form of judgment set forth below.  Intel further provides notice to the Court and to Memory Integrity that following entry of final judgment, Intel intends to move for costs pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54(d)(1), and Local Civil Rule 54-1, and for attorney fees pursuant to 35 U.S.C. § 285, Fed. R. Civ. P. 54(d)(2), and Local Civil Rule 54-3.

* * * * *

Pursuant to and for the reasons set forth in the Court's Opinion and Order granting Intel's Motion for Summary Judgment (Dkt. 216), IT IS ORDERED AND ADJUDGED:

That Final Judgment is hereby entered for Defendant Intel Corporation ("Intel") and against Plaintiff Memory Integrity, LLC ("Memory Integrity") on Memory Integrity's claims for infringement of U.S. Patent Nos. 7,103,636; 7,107,409; 7,296,121; 8,572,206; and 8,898,254 (Counts I – V of Memory Integrity's Second Amended Complaint (Dkt. 105));

That Final Judgment is hereby entered for Intel and against Memory Integrity on Intel's counterclaim and affirmative defense of noninfringement of U.S. Patent Nos. 7,103,636; 7,107,409; 7,296,121; 8,572,206; and 8,898,254 (Counts I, III, V, VII, and IX of Intel's Amended Counterclaims and the Second Affirmative Defense set forth in Intel's Amended Answer (Dkt. 121));

That Final Judgment is hereby entered for Intel and against Memory Integrity on Intel's counterclaim and affirmative defense that Memory Integrity's claims that any Intel products infringe U.S. Patent Nos. 7,103,636; 7,107,409; 7,296,121; 8,572,206; and 8,898,254 are barred by a covenant not to sue entered into by Intel and Sanmina-SCI Corporation on August 23, 2005

(Count XI of Intel's Amended Counterclaims and the Seventh Affirmative Defense set forth in Intel's Amended Answer (Dkt. 121));

That all other claims, counterclaims, defenses, or other matters which have been asserted, including Intel's counterclaims of patent invalidity, are dismissed without prejudice.

**Page 3 -**   **[PROPOSED] FINAL JUDGMENT**

Dated:  April 26, 2016

Respectfully submitted,

*/s/ Arthur W. Coviello*

Renée E. Rothauge, OSB #903712
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204-3730
ReneeRothauge@markowitzherbold.com

Michael J. Summersgill (*pro hac vice*)
Jordan L. Hirsch (*pro hac vice*)
Sarah B. Petty (*pro hac vice*)
WILMERHALE LLP
60 State Street
Boston, MA 02109
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com
sarah.petty@wilmerhale.com

Grant K. Rowan (*pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Grant.rowan@wilmerhale.com

Arthur W. Coviello (*pro hac vice*)
WILMERHALE LLP
950 Page Mill Road
Palo Alto, CA 94304
Arthur.coviello@wilmerhale.com

*Attorneys for Defendant*
*Intel Corporation*