IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MEMORY INTEGRITY, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **INTEL CORPORATION**, <br><br> Defendant. | Case No. 3:15-cv-00262-SI <br><br> **FINAL JUDGMENT** |

John Mansfield, MANSFIELDLAW, 121 SW Morrison Avenue, Suite 400, Portland, OR 97204; Jonathan Baker, Michael Saunders, and Gurtej Singh, FARNEY DANIELS, PC, 411 Borel Avenue, Suite 350, San Mateo, CA 94402. Of Attorneys for Plaintiff.

Renée E. Rothauge, MARKOWITZ HERBOLD, PC, 1211 SW Fifth Avenue, Suite 3000, Portland, OR 97204; Michael J. Summersgill, Jordan L. Hirsch, and Sarah B. Petty, WILMERHALE, LLP, 60 State Street, Boston, MA 02109; Grant K. Rowan, WILMERHALE, LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006; Arthur W. Coviello, WILMERHALE, LLP, 950 Page Mill Road, Palo Alto, CA 94304. Of Attorneys for Defendant.

**Michael H. Simon, District Judge.**

Pursuant to and for the reasons set forth in the Court's Opinion and Order granting Intel's Motion for Summary Judgment (Dkt. 216), IT IS ORDERED AND ADJUDGED:

That Final Judgment is hereby entered for Defendant Intel Corporation ("Intel") and against Plaintiff Memory Integrity, LLC ("Memory Integrity") on Memory Integrity's claims for

PAGE 1 – FINAL JUDGMENT

infringement of U.S. Patent Nos. 7,103,636; 7,107,409; 7,296,121; 8,572,206; and 8,898,254 (Counts I – V of Memory Integrity's Second Amended Complaint (Dkt. 105));

That Final Judgment is hereby entered for Intel and against Memory Integrity on Intel's counterclaim and affirmative defense of non-infringement of U.S. Patent Nos. 7,103,636; 7,107,409; 7,296,121; 8,572,206; and 8,898,254 (Counts I, III, V, VII, and IX of Intel's Amended Counterclaims and the Second Affirmative Defense set forth in Intel's Amended Answer (Dkt. 121));

That Final Judgment is hereby entered for Intel and against Memory Integrity on Intel's counterclaim and affirmative defense that Memory Integrity's claims that any Intel products infringe U.S. Patent Nos. 7,103,636; 7,107,409; 7,296,121; 8,572,206; and 8,898,254 are barred by a covenant not to sue entered into by Intel and Sanmina-SCI Corporation on August 23, 2005 (Count XI of Intel's Amended Counterclaims and the Seventh Affirmative Defense set forth in Intel's Amended Answer (Dkt. 121)); and

That all other claims, counterclaims, defenses, or other matters that have been asserted, including Intel's counterclaims of patent invalidity, are dismissed without prejudice.

**IT IS SO ORDERED**.

DATED this 27th day of April, 2016.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge

PAGE 2 – FINAL JUDGMENT