**Renée E. Rothauge, OSB #903712**
ReneeRothauge@markowitzherbold.com
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Telephone: (503) 295-3085
Fax:  (503) 323-9105

**Michael J. Summersgill (*pro hac vice*)**
Michael.summersgill@wilmerhale.com
**Jordan L. Hirsch (*pro hac vice*)**
Jordan.hirsch@wilmerhale.com
**Sarah B. Petty (*pro hac vice*)**
Sarah.petty@wilmerhale.com
WILMERHALE LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

[Additional counsel listed on signature page]

*Attorneys for Intel Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| **MEMORY INTEGRITY, LLC**, | Case No. 3:15-cv-00262-SI |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| **INTEL CORPORATION,** | |
| Defendant. | |

Whereas the Court has granted Intel Corporation's ("Intel") Motion for Summary Judgment (Dkt. 216);

Whereas the Court has entered Final Judgment for Intel and against Memory Integrity, LLC ("Memory Integrity") (Dkt. 223);

Whereas Memory Integrity has agreed to dismiss all of its claims against Intel with prejudice and has agreed not to appeal the Final Judgment or any other order by the Court in this case;

Memory Integrity's claims against Intel are dismissed with prejudice.

Page 2 –   JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH
           PREJUDICE

Dated:  May 20, 2016

Respectfully submitted,

*/s/ Jonathan Baker*

Jonathan Baker (appearing *pro hac vice*)
Michael Saunders (appearing *pro hac vice*)
Gurtej Singh (appearing *pro hac vice*)
FARNEY DANIELS PC
411 Borel Avenue, Suite 350
San Mateo, California 94402
Telephone:  (424) 278-5200
jbaker@farneydaniels.com
msaunders@farneydaniels.com
tsaunders@farneydaniels.com

Bryan Atkinson (appearing *pro hac vice*)
FARNEY DANIELS PC
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
batkinson@farneydaniels.com

John Mansfield, OSB No. 055390
MANSFIELDLAW
121 SW Morrison Ave., Suite 400
Portland, OR 97204
Telephone:  971.271.8615
john@mansfieldlaw.net

*Attorneys for Plaintiff*
*Memory Integrity, LLC*

*/s/ Renée E. Rothauge*

Renée E. Rothauge, OSB #903712
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204-3730
ReneeRothauge@markowitzherbold.com

Michael J. Summersgill (*pro hac vice*)
Jordan L. Hirsch (*pro hac vice*)
Sarah B. Petty (*pro hac vice*)
WILMERHALE LLP
60 State Street
Boston, MA 02109
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com
sarah.petty@wilmerhale.com

Grant K. Rowan (*pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Grant.rowan@wilmerhale.com

Arthur W. Coviello (*pro hac vice*)
WILMERHALE LLP
950 Page Mill Road
Palo Alto, CA 94304
Arthur.coviello@wilmerhale.com

*Attorneys for Defendant*
*Intel Corporation*